UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THI THI LE,<br><br>　　　　Defendant. | Case No. 1:12-cr-00253-BLW<br><br>**ORDER** |

The Court having reviewed the Government's Motion to Dismiss Information against defendant Thi Thi Le (Dkt. in this matter, and good cause appearing there from,

IT IS HEREBY ORDERED that the Motion is GRANTED. The Information against defendant Thi Thi Le is dismissed.

DATED: August 9, 2013

B. Lynn Winmill
Chief Judge
United States District Court

ORDER - 1